United States District Court
Southern District of Texas

**ENTERED**

April 14, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RAMIRO YAEL SEGOVIA and MARIA GALVAN, *Plaintiffs,* | §<br>§<br>§<br>§ | |
| v. | §<br>§ | Civil No. 5:25-cv-00064 |
| CONTINENTAL EXPEDITED SERVICES INC. and ALI OTHMAN SAFI, *Defendants.* | §<br>§<br>§<br>§<br>§ | |

**ORDER**

On April 10, 2026, the parties filed a self-effectuating Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Dkt. No. 35. The stipulation was signed by all parties and notified the Court that this case has been dismissed with prejudice.  *Id.*  Accordingly, the Clerk of Court is **DIRECTED** to **TERMINATE** this case.

IT IS SO ORDERED

Signed this April 13, 2026, in Laredo, Texas.

Diana Song Quiroga
United States Magistrate Judge