United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **WILMER ANTONIO LAINEZ LAINEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00064** |
| | § | |
| **TODD BLANCHE,** *et al.,*[1] | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), and Respondents' Motion to Dismiss and Motion for Summary Judgment, (Dkt. No. 11).

The Court **ORDERS** Petitioner to file supplemental briefing **by June 8, 2026**, that addresses the individualized facts supporting his asserted due process claim and liberty interest.

It is so **ORDERED**.

**SIGNED** on June 1, 2026.

_____
John A. Kazen
United States District Judge

---

[1] Todd Blanche is automatically substituted for Pamela Bondi in this case under Federal Rule of Civil Procedure 25(d). Markwayne Mullin is automatically substituted for Kristi Noem in this case under the same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.